# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| DANAY CRESPO RODRIGUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:16-cv-00212-KOB-JHE |
| ) | |
| WARDEN A. WASHINGTON-ADDUCI, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On August 4, 2017, the magistrate judge entered a Report and Recommendation, (doc. 8), recommending that the petition for writ of habeas corpus be dismissed with prejudice because of non-exhaustion of remedies and mootness. The plaintiff did not file any objections.

Having considered the entire file in this action, together with the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Therefore, the court finds that the petition for writ of habeas corpus is due to be DISMISSED.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 6th day of October, 2017.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE